IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| DARRIANNE BURRIES | ) | |
| --- | --- | --- |
| | ) | |
| V. | ) | CASE NO. CV219-081 |
| | ) | |
| SEA ISLAND COMPANY | ) | |

## O R D E R

The above captioned case filed in the Brunswick Division of this Court was previously assigned to the Honorable Lisa Godbey Wood.

IT IS HEREBY ORDERED that this case is reassigned to the Honorable J. Randal Hall for further plenary disposition.

**SO ORDERED**, this _8th_ day of August, 2019.

J. Randal Hall, Chief Judge
United States District Court
Southern District of Georgia